OFFICE OF DISCIPLINARY COUNSEL *v.* KOURY.

[Cite as Disciplinary Counsel *v.* Koury (1990), 50 Ohio St. 3d 150.]

(No. 89-2169—Submitted February 7, 1990—Decided April 18, 1990.)

*J. Warren Bettis,* disciplinary counsel, and *Karen B. Hull,* for relator.

*Dennis O. Kaps,* for respondent.

*Per Curiam.* Having thoroughly reviewed the record, we concur in the board's findings of misconduct and its recommendation. Accordingly, respondent is hereby suspended indefinitely from the practice of law in Ohio. Respondent's suspension shall commence on the date of this decision. Costs taxed to respondent.

*Judgment accordingly.*

SWEENEY, HOLMES, DOUGLAS, WRIGHT and H. BROWN, JJ., concur.

MOYER, C.J., and RESNICK, J., dissent.

ALICE ROBIE RESNICK, J., dissenting. The respondent's criminal conduct was directly related to the practice of law. She was acting in a fiduciary capacity having been named executrix of the estate. While in this position of trust, she took both cash and jewelry from the estate. As a result she was convicted of grand theft. Since she has been convicted of a felony involving moral turpitude directly related to the practice of law, it is my opinion that such misconduct warrants permanent disbarment.

MOYER, C.J., concurs in the foregoing dissenting opinion.